UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:  18-22147
James D Cramer )
Barbara J Cramer )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )  Kane
Debtor(s) )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of U.S. Bank National Association, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter, due notice having been given, and the secured creditor alleging that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED THAT:

(1) Pursuant to 11 U.S.C. section 362(d), U.S. Bank National Association and its principals, agents, successors, and/or assigns are granted relief from the automatic stay provisions of 11 U.S.C. section 362(a) by modifying said stay to permit them to pursue all non-bankruptcy remedies and workout options as to the property commonly known as 205 E. Victoria Circle, North Aurora, IL 60542.

(2) The claim of U.S. Bank National Association is withdrawn. No further payments are to be disbursed to U.S. Bank National Association on its proof of claim.

(3) Rule 4001(a)(3) is waived and U.S. Bank National Association may immediately enforce and implement this order granting relief from the automatic stay.

Enter:  *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  January 18, 2019

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-17-05225)